UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **FOREST HARDY (#530046)** | **CIVIL ACTION** |
| **VERSUS** | |
| **MAJOR MOORE, ET AL.** | **NO.: 3:14-cv-00461-BAJ-RLB** |

## RULING AND ORDER

On August 13, 2014, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Forest Hardy's Complaint (Doc. 1) be dismissed without prejudice for failure to prosecute this proceeding.[1] (Doc. 12).

Having carefully considered the Plaintiff's Complaint and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 12)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above captioned matter be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

---

[1] Specifically, Plaintiff failed to keep the Court apprised of his current address as required by Local Rule 41.2. (Doc. 12 at p. 3). Indeed, the copy of the Magistrate Judge's Report mailed to Plaintiff was returned as undeliverable. (Doc. 13).

In accordance with Local Rule 41.2, the Court will permit reinstatement of this action if Plaintiff files a motion for reinstatement within thirty (30) days and good cause is shown.

Baton Rouge, Louisiana, this 17th day of November, 2014.

*signature*

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA